UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL HOWARD HUNTER,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. C09-1012-MJP-JPD

ORDER DENYING PETITION FOR WRIT OF ERROR *CORAM NOBIS*

The Court, having reviewed the petition for writ of error *coram nobis*, the Report and Recommendation (Dkt. No. 6) of Judge James P. Donohue, United States Magistrate Judge, Petitioner's objections (Dkt. Nos. 7-8) and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's objections appear to raise the type of issues that are appropriate for review by appeal or petition for habeas corpus. (See Dkt. No. 7 at 2-3 (objection regarding Court's instruction to the jury in prior criminal case).) Petitioner has failed to carry his burden to demonstrate he his entitled to *coram norbis* relief.

(3) Petitioner's petitioner for writ of error *coram nobis* is DENIED and this action is DISMISSED.

ORDER DENYING PETITION FOR
WRIT OF ERROR *CORAM NOBIS* - 1

(4) Petitioner's motion to proceed *in forma pauperis* is STRICKEN as moot.

(5) The Clerk is directed to send copies of this Order to petitioner and to Judge Donohue.

DATED this 24th day of November, 2009.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF ERROR *CORAM NOBIS* - 2